IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>VS.<br><br>**WILLIAM J. COCHRAN**,<br><br>Defendant | NO. 5: 07-PO-07-09 (CWH)<br><br>**VIOLATION: Hunting w/Unplugged Shotgun** |

## ORDER OF DISMISSAL

IT APPEARING that the collateral forfeiture set herein by the Central Violations Bureau has been remitted by the above-named defendant, the within proceeding is hereby DISMISSED.

SO ORDERED AND DIRECTED, this 1st day of AUGUST, 2007.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE